**Dmitry Lapin, Esq. (NY, NJ, PA, and ME)**
535 N. Church St. STE 304
West Chester, PA 19380
(917)-979-4570
dmitry@axenfeldlaw.com



January 5, 2026

**VIA ECF**
Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE:   **Ancore Eterne LLC v. John Viola and Italian Power Productions LLC**
(25-cv-07789-PKC)
Joint Letter in Advance of January 13, 2026 Initial Pretrial Conference

Dear Hon. Castel:

Counsel respectfully submit this joint status letter regarding the upcoming pretrial conference currently scheduled for January 13, 2026.

As the Court is aware, undersigned counsel for Plaintiff has a motion to withdraw as counsel pending before the Court (ECF No. 13). In light of the pending motion to withdraw and that Plaintiff is in the process of retaining substitute counsel, the parties respectfully submit that it would be more efficient and orderly for case management issues to be addressed once representation is clarified.

Accordingly, the parties jointly request a brief adjournment of the pretrial conference from January 13, 2026 to February 13, 2026, or to another date convenient for the Court. A short adjournment would allow the Court to resolve the pending motion and permit any newly retained counsel to participate meaningfully in case management discussions.

This is the parties' second request to adjourn this conference and no other deadlines would be impacted.

Initial conference is adjourned from January 12, 2026 to February 13, 2026 at 11:45 a.m.  Call-In: 855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  1/7/2026

P. Kevin Castel
United States District Judge

Sincerely,

/s/ Dmitry Lapin
Dmitry Lapin, Esq.

*Attorney for Plaintiff*

/s/ Scott J. Sholder
Scott J. Sholder, Esq.

*Attorney for Defendants*