# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

_____ X
:
**ANCORE ETERNE LLC**                                                 :
:
    **Plaintiff,**                                                :   **Case No.: 1:25-cv-7789-PKC**
:
    v.                                                        :
:
**JOHN VIOLA and**                                                   :
**ITALIAN POWER PRODUCTIONS LLC**                     :
:
_____ X

_With the filing of a notice of appearance on Dec. 18, 2025,_

_1. The motion to withdraw by Dmitry Lapin (ECF 13.) is GRANTED._

_2. The motion to adjourn the February 13 conference is DENIED as moot. (ECF 20.)_

_SO ORDERED_

_/s/ [signature]_
_USDJ_
_2-3-26_

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Axenfeld Law Group, LLC's Motion to Withdraw as Counsel, the Declaration of Dmitry Lapin, and all prior pleadings and proceedings in this action, Axenfeld Law Group, LLC ("Axenfeld Law") will move this Court, before the Honorable P. Kevin Castel, United States District Judge for the Southern District of New York, at a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 1.4:

1.  Granting Axenfend Law (and Dmitry Lapin, Esq.) leave to withdraw as counsel of record for Plaintiff;

2.  Staying the action for sixty (60) days to permit Plaintiff adequate time to obtain substitute counsel; and

3.  Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), any opposition papers shall be served within fourteen (14) days after service of this motion, unless otherwise ordered by the Court.

Respectfully submitted,

Date:  December 2, 2025

By:   */s/ Dmitry Lapin*
Dmitry Lapin, Esq.
Axenfeld Law Group, LLC
2001 Market Street Suite 2500
Philadelphia, PA 19103
dmitry@axenfeldlaw.com
917-979-4570

*Attorney for Plaintiff*