UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANCORE ETRNE LLC,

                   Plaintiff,              25-cv-7789(PKC)

      -against-                      ORDER

JOHN VIOLA AND ITALIAN POWER
PRODUCTIONS LLC**.**,

                  Defendants.
-----------------------------------------------------------x

CASTEL, District Judge:

The Court's Order of February 3, 2026 is VACATED.

Dmitry Lapin (the "Attorney") has moved to withdraw as counsel to plaintiff Ancore Eterne, LLC (, the "Client") citing disagreements on strategy creating an irreconcilable conflict. Neither the Client nor defendants have opposed the motion. For good cause shown, the application to withdraw will be granted.

**PLAINTIFF ANCORE ETRNE LLC IS ADVISED THAT, BECAUSE IT IS NOT A NATURAL PERSON, IT IS NOT PERMITTED TO APPEAR IN THIS COURT, EXCEPT THROUGH AN ATTORNEY WHO IS ADMITTED TO PRACTICE IN THIS COURT.**

**IF, BY MARCH 4, 2026, ANCORE ETRNE LLC FAILS TO CAUSE A NOTICE OF APPEARANCE TO BE FILED WITH THIS COURT BY AN ATTORNEY ADMITTED TO PRACTICE BEFORE THIS COURT, THE ACTION WILL BE DISMISSED FOR FAILURE TO PROSECUTE. THIS MEANS THE CASE WILL BE OVER AND ANCORE ETRNE LLC WILL RECOVER NOTHING.**

-2-

**THE FEBRUARY 13, 2026 CONFERENCE IS ADJOURNED TO MARCH 19, 2026 at NOON IN COURTROOM 11D IN THE DANIEL PATRICK MOYNIHAN U.S. COURTHOUSE, 500 PEARL STREET, NEW YORK, NY 10007. FAILS TO APPEAR WILL RESULT IN STRIKING A PARTY'S PLEADING.**

The Attorney shall serve this Order on the Client and file an affidavit of service within five (5) days.  The motion for leave to withdraw (ECF 13) is GRANTED.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      February 4, 2026